# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| In re   Yolanda Cayson          ) | |
| ) | Case No. 19-43629 |
| Debtor.          ) | |
| ) | Chapter 13 |
| ) | |
| ) | REQUEST FOR |
| ) | EXTENSION OF TIME |

## REQUEST FOR EXTENSION OF TIME

COMES NOW Jason Fauss, attorney for Debtor Yolanda Cayson, and requests an extension of time to file Schedules J on the following grounds:

1. Debtor filed her Petition for Relief under Chapter 13 of the Bankruptcy Code on June 10, 2019.

2. Debtor has been previously granted one continuance in this case.

3. Debtor stated that she faxed Schedule J to Debtor's attorney but Debtor's attorney does not have a copy of the document.

WHEREFORE, Debtor respectfully requests that she be granted until July 15, 2019 to file said documents.

Respectfully submitted,

Jason D. Fauss

*/s/ Jason Fauss*

Jason D. Fauss, #57734MO
The Fauss Law Firm, LLC
11965 St. Charles Rock Rd., Suite. 202

St. Louis, MO  63044
Tel: 314-291-8899 / Fax: 314-739-1355
Jason@Fausslaw.com
ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on July 9, 2019 with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

*/s/ Jason Fauss*

Jason D. Fauss, #57734MO
The Fauss Law Firm, LLC
11965 St. Charles Rock Rd., Suite. 202
St. Louis, MO  63044
Tel: 314-291-8899 / Fax: 314-739-1355
Jason@Fausslaw.com
ATTORNEY FOR DEBTOR